# COMMONWEALTH COURT OF PENNSYLVANIA

| Comm. of PA, ex rel. Grill v. Abrams | 1051CD16 | 11/01/2016 | Greene County 75 A.D. 2015 | Quashed |
|---|---|---|---|---|
| City of Philadelphia v. Williams | 624CD15 | 11/02/2016 | Philadelphia County 1312T0360 | Remanded |
| Seedjam, Inc. v. The Philadelphia Parking Authority | 2233CD15 | 11/14/2016 | Philadelphia County February Term, 2015 No. 00235 | Affirmed |
| Capital Taxi, LLC v. The Philadelphia Parking Authority | 2234CD15 | 11/14/2016 | Philadelphia County January Term, 2015 No. 02130 | Affirmed |
| Hoover v. Stine | 532CD16 | 11/15/2016 | Franklin County 2013–4467 | Affirmed |
| Stief v. Glunt | 477CD16 | 11/18/2016 | Centre County 2014–3407 | Affirmed |
| Ebbert v. Upper Saucon Township Zoning Board | 347CD16 | 11/21/2016 | Lehigh County 2015–C–3372 | Reversed and Remanded |
| Bellamy v. Comm. of PA | 14CD16 | 11/21/2016 | Bucks County 2014–04012 | Affirmed |
| Jordan v. Wingard | 496CD16 | 11/21/2016 | Montgomery County 2015–01106 | Affirmed |
| Butler v. Comm. of PA | 2533CD15 | 11/21/2016 | York County 2014–SU–2652–27 2014–SU–2797–27 2014–SU–3161–27 2014–SU–3235–27 2014–SU–3413–27 2014–SU–3699–27 2014–SU–4112–27 2014–SU–3236–27 | Vacated and Remanded |